UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CODY C. EDRINGTON, | ) | Case No. 7:21-cv-05000 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RYDER GLOBAL SERVICES, LLC, | ) | **SUPPLEMENTAL FILING** |
| a/k/a RYDER INTEGRATED | ) | **OF STATE COURT PLEADINGS** |
| LOGISTICS, INC., | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| QUENTIN D. CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

TO: The Clerk of the United States District Court, District of Nebraska.

Please see the attached State Court Pleadings to supplement our Notice of Removal filed with this Court on February 4, 2021.

RESPECTFULLY SUBMITTED this 5th day of February, 2021.

                              BY:    */s/ Terrance O. Waite*
                                        Terrance O. Waite, #15497
                             FOR:    WAITE & McWHA
                                        116 N. Dewey – P.O. Box 38
                                        North Platte, NE 69103
                                        (308) 532-2202
                                        twaite@northplattelaw.com
                                        Attorney for the Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 5th day of February, 2021, a true and correct copy of the foregoing was served by email and regular US Mail, postage prepaid, upon the following:

Stephanie Flynn
Stephanie Flynn Law Office, P.C., L.L.O.
610 J Street, Suite 320
Lincoln, NE 68508
(402) 325-8469
sflynn@stephanieflynnlaw.com
Attorney for Plaintiff

Quentin D. Campbell
270 Muhammad Ali Ave.
Newark, NJ 07108
Defendant

/s/ Terrance O. Waite
Attorney for Defendant

IN THE COUNTY COURT OF BUFFALO COUNTY, NEBRASKA

| | | |
|---|---|---|
| CODY C. EDRINGTON, | ) | Case No. CI 20-2364 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RYDER GLOBAL SERVICES, LLC, | ) | **NOTICE TO COURT OF FILING** |
| a/k/a RYDER INTEGRATED | ) | **OF NOTICE OF REMOVAL** |
| LOGISTICS, INC., | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| QUENTIN D. CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

To: Clerk of County Court of Buffalo County, Nebraska:

Please take notice that pursuant to 28 U.S.C. §§ 1332, 1441, & 1446, Defendant Ryder Global Services, LLC, a/k/a Ryder Logistics, Inc., filed a Notice of Removal in the United States District Court for the District of Nebraska, a copy of which is attached hereto, and that said matter shall proceed hereinafter in the United States District Court for the District of Nebraska.

                RYDER GLOBAL SERVICES, LLC, a/k/a
                RYDER LOGISTICS, INC., Defendant

                BY:   */s/ Terrance O. Waite*
                        Terrance O. Waite, #15497
                FOR: WAITE & McWHA
                        116 N. Dewey – P.O. Box 38
                        North Platte, NE 69103
                        (308) 532-2202
                        twaite@northplattelaw.com
                        Attorney for the Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 4th day of February, 2021, a true and correct copy of the foregoing was served by email and regular US Mail, postage prepaid, upon the following:

Stephanie Flynn
Stephanie Flynn Law Office, P.C., L.L.O.
610 J Street, Suite 320
Lincoln, NE 68508
(402) 325-8469
sflynn@stephanieflynnlaw.com
Attorney for Plaintiff

Quentin D. Campbell
270 Muhammad Ali Ave.
Newark, NJ 07108
Defendant

/s/ Terrance O. Waite
Attorney for Defendant

2

Filed in Buffalo County Court
*** EFILED ***
Case Number: C09CI200002364
Transaction ID: 0012381396
Filing Date: 12/23/2020 06:11:21 PM CST

IN THE COUNTY COURT OF BUFFALO COUNTY, NEBRASKA

| | | |
|---|---|---|
| CODY C. EDRINGTON, | ) | Case No. CI 20-_____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RYDER GLOBAL SERVICES, LLC, a/k/a | ) | COMPLAINT FOR DAMAGES |
| RYDER INTEGRATED LOGISTICS, INC., | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| QUENTIN D. CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Plaintiff, Cody C. Edrington, and for his claim against Defendants, Ryder Global Services, LLC, a/k/a Ryder Integrated Logistics, Inc., and Quentin D. Campbell, alleges:

1. At all times relevant herein, Plaintiff was a resident of Iona, Idaho.

2. At all times relevant herein, Defendant, Ryder Global Services, LLC, a/k/a Ryder Integrated Logistics, Inc., was a Florida Limited Liability Company duly authorized to conduct business in the State of Nebraska and who was doing business in Buffalo County, Nebraska.

3. At all times relevant herein, Defendant, Quentin D. Campbell, was a resident of Newark, New Jersey.

4. This Court has personal jurisdiction over Defendant, Ryder Global Services, LLC, a/k/a Ryder Integrated Logistics, Inc., and Defendant, Quentin D. Campbell, pursuant to Neb. Rev. Stat. § 25-536(1)(c) because they have availed themselves into and have caused tortious injury in the State of Nebraska.

5. On or about Wednesday, December 28, 2016, Cody C. Edrington was operating an 18-wheeler truck when he was struck by another 18-wheeler truck, owned by Defendant, Ryder Global Services, LLC, a/k/a Ryder Integrated Logistics, Inc., and driven by Defendant, Quentin D. Campbell, on Interstate 80 near mile marker 286 in Buffalo County, Nebraska. ("Collision").

1

6. On the date and time of the Collision described in paragraph 5, Defendant, Quentin D. Campbell, was an agent acting within the course and scope of his employment and authority for Defendant, Ryder Global Services, LLC, a/k/a Ryder Integrated Logistics, Inc., for which Ryder Global Services, LLC, a/k/a Ryder Integrated Logistics, Inc., would be vicariously liable to Plaintiff.

7. Upon information and belief, immediately prior to the Collision, Defendant, Quentin D. Campbell, driving in the far-right lane of traffic on Interstate 80. Plaintiff, Cody C. Edrington, merged onto Interstate 80 with his flashers on and was gaining speed when Defendant, Quentin D. Campbell, rear-ended Plaintiff, Cody C. Edrington.

8. The sole and proximate cause of the Collision was the negligence of Defendant, Quentin D. Campbell.

9. Defendant was negligent in one or more of the following ways:
   a. Failing to keep a proper lookout;
   b. Failing to maintain proper control;
   c. Following too closely;
   d. Failing to take into consideration other factors that affect driving, to wit: driving while tired and/or falling asleep;
   e. Violating the Nebraska Rules of the Road; and
   f. Being otherwise negligent in a manner not presently known to Plaintiff, Cody C. Edrington.

10. As a direct and proximate cause of the Defendant's, Quentin D. Campbell's, negligence, as set forth above, Plaintiff, Cody C. Edrington, sustained the following injuries, including, but not limited to:
   a. Traumatic Brain Injury;
   b. Blunt force trauma injury to shoulders;
   c. Blunt force trauma injury to neck; and
   d. Other serious injuries not presently known.

11. As a direct and proximate cause of the of the Defendant's, Quentin D. Campbell's, negligence, as set forth above, Plaintiff, Cody C. Edrington, sustained and incurred the following damages:
   a. Permanent injury – NJI2d §4.01(1);

2

    b.    Temporary and Permanent Disability in the past and future – NJI2d §4.01(1);

    c.    Medical care and supplies reasonably needed and actually provided to Plaintiff in the past totaling $9,895.55, plus a currently unknown amount to be determined, and a currently unknown amount in the future – NJI2d §4.01(2);

    d.    Lost wages in the past and in the future – NJI2d §4.01(3);

    e.    Loss of earning capacity – NJI2d §4.01(4); and

    f.    Physical pain, mental suffering, emotional distress, and loss of enjoyment of life in the past, and it is reasonably certain that Plaintiff, Cody C. Edrington, will experience physical pain, mental suffering, emotional distress, and loss of enjoyment of life in the future – NJI2d §4.01(5).

12.    At the time of her injury, Plaintiff, Cody C. Edrington, was 7 years old, being born in 1959.

WHEREFORE, Plaintiff prays for judgment on his claim against Defendants for medical care expenses in the past totaling $9,895.55 plus a currently unknown amount to be determined; for medical care expenses in the future in an amount to be determined; for general damages; for prejudgment interest; for the costs of this action; and such other and further relief as the Court deems just and proper.

                                              CODY C. EDRINGTON, Plaintiff

                                              /s/ Stephanie Flynn
                                            Stephanie Flynn #24565
                                            Stephanie Flynn Law Office, P.C., L.L.O.
                                            610 J Street, Suite 320
                                            Lincoln, NE 68508
                                            (402) 325-8469
                                            (402) 464-0250 Fax
                                            sflynn@stephanieflynnlaw.com
                                            Attorney for Plaintiff

Filed in Buffalo County Court
\*\*\* EFILED \*\*\*
Case Number: C09CI200002364
Transaction ID: 0012381396
Filing Date: 12/23/2020 06:11:21 PM CST

IN THE COUNTY COURT OF BUFFALO COUNTY, NEBRASKA

| | | |
|---|---|---|
| CODY C. EDRINGTON, | ) | Case No. CI 20-_____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RYDER GLOBAL SERVICES, LLC, a/k/a | ) | PRAECIPE FOR SUMMONS |
| RYDER INTEGRATED LOGISTICS, INC., | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| QUENTIN D. CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

**TO THE CLERK OF THE DISTRICT COURT**

Please issue summons for service by certified mail upon the Defendants at:

> Ryder Global Services, LLC, a/k/a
> Ryder Integrated Logistics, Inc.
> 11690 NW 105th Street
> Miami, FL 33178-1103

and

> Ryder Global Services, LLC, a/k/a
> Ryder Integrated Logistics, Inc.
> Fatovic, Robert D
> 11690 NW 105th Street
> Miami, Fl 33178-1103

and

> Quentin D. Campbell
> 270 Muhamma Ali ave
> Newark, NE 07108

1

CODY C. EDRINGTON, Plaintiff

/s/ Stephanie Flynn
Stephanie Flynn #24565
Stephanie Flynn Law Office, P.C., L.L.O.
610 J Street, Suite 320
Lincoln, NE 68508
(402) 325-8469
(402) 464-0250 Fax
sflynn@stephanieflynnlaw.com
Attorney for Plaintiff

Image ID: D00607686C09

**SUMMONS**

Doc. No. 607686

IN THE COUNTY COURT OF BUFFALO COUNTY, NEBRASKA
P.O. Box 520
Kearney                NE 68848 0520

Cody C Edrington Edri v. Ryder Global Services, LLC and Quentin D Campbell
Case ID: CI 20    2364

TO: Ryder Global Services, LLC
DBA: Ryder Integrated Logistics, Inc

**FILED BY**
Clerk of the Buffalo County Court
12/28/2020

You have been sued by the following plaintiff(s):

Cody C Edrington Edri

Plaintiff's Attorney:   Stephanie N Flynn
Address:                610 J Street, Suite 320
                        Lincoln, NE 68508

Telephone:              (402) 325-8469

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Date: DECEMBER 28, 2020    BY THE COURT:  Sharmin Gonzales
                                          Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE COMPLAINT/PETITION ON:

Ryder Global Services, LLC
11690 NW 105th Street
Miami, FL 33178

Method of service: Registered Mail

You are directed to make such service within twenty days after date of issue, and show proof of service as provided by law.

## SERVICE RETURN

Doc. No. 607686

Buffalo County Court
P.O. Box 520
Kearney           NE 68848 0520

To:
Case ID: CI 20    2364 Edrington v. Ryder Global Services, LLC

Received this Summons on _____, _____. I hereby certify that on

_____, _____ at _____ o'clock __M. I served copies of the Summons upon the party: _____

by _____

_____

_____

as required by Nebraska state law.

Service and return    $ _____

Copy                  _____

Mileage ____ miles    _____

  TOTAL               $ _____

Date: _____    BY: _____
                                    (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____

_____

on the _____ day of _____ _____, as required by Nebraska state law.

_____

Postage $ _____   Attorney for: _____

The return receipt for mailing to the party was signed on _____, _____.

To: Ryder Global Services, LLC          From: Stephanie N Flynn
    11690 NW 105th Street                     610 J Street, Suite 320
                                              Lincoln, NE 68508
    Miami, FL 33178

**ATTACH RETURN RECEIPT & RETURN TO COURT**

```
Image ID:                      SUMMONS                           Doc. No.   607687
D00607687C09
```

IN THE COUNTY COURT OF BUFFALO COUNTY, NEBRASKA
P.O. Box 520
Kearney            NE 68848 0520


Cody C Edrington Edri v. Ryder Global Services, LLC and Quentin D Campbell
                                                    Case ID: CI 20    2364


TO:   Quentin D Campbell

**FILED BY**
Clerk of the Buffalo County Court
12/28/2020

You have been sued by the following plaintiff(s):

   Cody C Edrington Edri



Plaintiff's Attorney:   Stephanie N Flynn
Address:                610 J Street, Suite 320
                        Lincoln, NE 68508

Telephone:              (402) 325-8469

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date:  DECEMBER 28, 2020      BY THE COURT:   _Sharmin Gonzales_
                                                  Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

        Quentin D Campbell
        270 Muhamma Ali ave
        Newark, NJ 07108

Method of service:  Registered Mail

You are directed to make such service within twenty days after date of issue,
and show proof of service as provided by law.

| | SERVICE RETURN | Doc. No. 607687 |
|---|---|---|

Buffalo County Court
P.O. Box 520
Kearney        NE 68848 0520

To:
Case ID: CI 20    2364 Edrington v. Ryder Global Services, LLC

Received this Summons on _____, _____. I hereby certify that on

_____, _____ at _____ o'clock __M. I served copies of the Summons upon the party: _____

by _____

_____

_____

as required by Nebraska state law.

Service and return    $ _____

Copy                           _____

Mileage ____ miles      _____

   TOTAL              $ _____

Date: _____    BY: _____
                                        (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____

on the _____ day of _____ _____, as required by Nebraska state law.

Postage $ _____   Attorney for: _____

The return receipt for mailing to the party was signed on _____, _____.

To: Quentin D Campbell          From: Stephanie N Flynn
    270 Muhamma Ali ave                610 J Street, Suite 320
                                       Lincoln, NE 68508
    Newark, NJ 07108

**ATTACH RETURN RECEIPT & RETURN TO COURT**

Filed in Buffalo County Court
*** EFILED ***
Case Number: C09CI200002364
Transaction ID: 0012494888
Filing Date: 01/13/2021 11:59:01 AM CST

## SERVICE RETURN

Buffalo County Court
P.O. Box 520
Kearney     NE 68848 0520

To:
Case ID: CI 20   2364 Edrington v. Ryder Global Services, LLC

Received this Summons on _____, _____. I hereby certify that on

_____, _____ at _____ o'clock __M. I served copies of the Summons upon the party: _____

by _____

as required by Nebraska state law.

Service and return     $ _____
Copy                   _____
Mileage ____ miles     _____
   TOTAL               $ _____

Date: _____   BY: _____
                                    (Sheriff or authorized person)

### CERTIFIED MAIL
### PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _Ryder Global Services LLC a/k/a_
              _Ryder Integrated Logistics, Inc_
At the following address: _11690 NW 105th Street_
                          _Miami, FL 33178-1103_

on the _28th_ day of _December_ _2020_, as required by Nebraska state law.

Postage $ _6.90_   Attorney for: _Cody Edrington_

The return receipt for mailing to the party was signed on _____, _____.

To: Ryder Global Services, LLC          From: Stephanie N Flynn
    11690 NW 105th Street                     610 J Street, Suite 320
                                               Lincoln, NE 68508
    Miami, FL 33178

**ATTACH RETURN RECEIPT & RETURN TO COURT**

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $ 3.55 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ 2.85 |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ .50 |
| Total Postage and Fees | $ 6.90 |

Sent To: Ryder Global Services, LLC, a/k/a Ryder Integrated Logistics, Inc.
Street and Apt. No., or PO Box No.: 11690 NW 105th Street
City, State, ZIP+4: Miami, FL 33178-1103

7017 0190 0000 8755 7405

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

Edvington

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Ryder Global Services, LLC a/k/a
Ryder Integrated Logistics, Inc
11690 NW 105th Street
Miami, FL 33178-1103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

9590 9402 4634 8323 9504 05

2. Article Number (Transfer from service label)
7017 0190 0000 8755 7405

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

1/12/2021                                       USPS.com® - USPS Tracking® Results

**ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL...**

# USPS Tracking®                                                              FAQs >

## Track Another Package +

**Tracking Number:** 70170190000087557405                                     Remove ✕

Your item has been delivered to an agent for final delivery in MIAMI, FL 33178 on January 5, 2021 at 12:36 pm.

## ✓ Delivered to Agent

January 5, 2021 at 12:36 pm
Delivered to Agent for Final Delivery
MIAMI, FL 33178

**Get Updates** ∨

---

**Text & Email Updates**                                                        ∨

---

**Tracking History**                                                            ∧

January 5, 2021, 12:36 pm
Delivered to Agent for Final Delivery
MIAMI, FL 33178
Your item has been delivered to an agent for final delivery in MIAMI, FL 33178 on January 5, 2021 at 12:36 pm.

January 4, 2021, 10:03 pm
Departed USPS Regional Facility
MIAMI FL DISTRIBUTION CENTER

**January 4, 2021, 7:30 pm**
Arrived at USPS Regional Facility
MIAMI FL DISTRIBUTION CENTER

**January 2, 2021**
In Transit to Next Facility

**December 29, 2020, 5:39 am**
Departed USPS Regional Facility
OMAHA NE DISTRIBUTION CENTER

**December 28, 2020, 11:15 pm**
Arrived at USPS Regional Facility
OMAHA NE DISTRIBUTION CENTER

---

**Product Information** ∨

---

See Less ∧

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

## Certificate of Service

I hereby certify that on Tuesday, January 12, 2021 I provided a true and correct copy of the Return-Summons to the following:

Campbell,Quentin,D service method: No Service

Ryder Global Services, LLC service method: No Service

Signature: /s/ Flynn, Stephanie Nicole (Bar Number: 24565)