IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CODY C. EDRINGTON,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>RYDER GLOBAL SERVICES, LLC, and QUENTIN D. CAMPBELL,<br><br>　　　　　　　Defendants. | **7:21CV5000**<br><br>**ORDER** |

In response to the court's show cause order ([Filing No. 12](#)), Plaintiff has represented to the court that Defendant Quentin D. Campbell could not be served as he is deceased, and a personal representative has not yet been appointed for Defendant Campbell's estate. Plaintiff has requested an extension of the time to serve under Rule 4(m). ([Filing No. 13](#)). For good cause shown, the court will grant Plaintiff additional time to substitute and serve the appropriate party.

　　Accordingly,

　　IT IS ORDERED:

1) The court will stay this action for 60 days to permit the appointment of a personal representative for Defendant Campbell's estate.

2) Within 14 days following the appointment of the personal representative, Plaintiff's counsel shall file an amended complaint with the correct named defendant.

3) The amended complaint shall be served within 30 days after it is filed.

4) Absent timely compliance with this order, the claims against decedent may be subject to dismissal.

5) The clerk shall enter an internal case management deadline of September 3, 2021 to confirm the amended complaint has been filed.

Dated this 21st day of June, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge