IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CODY C. EDRINGTON,<br><br>               Plaintiff,<br><br>vs.<br><br>RYDER GLOBAL SERVICES, LLC, and QUENTIN D. CAMPBELL,<br><br>               Defendants. | **7:21CV5000**<br><br>**ORDER** |

This matter is before the court on Plaintiff's motion to extend the time to substitute and serve the newly appointed Special Administrator of Defendant Campbell's estate, as the Letters of Special Administration have not yet been issued by the County Court of Buffalo County, Nebraska.

Accordingly,

1) For good cause shown, Plaintiff's motion will be granted. (Filing No. 15).

2) Within 14 days following the issuance of the Letters of Special Administration, Plaintiff's counsel shall file an amended complaint with the correct named defendant.

3) The amended complaint shall be served within 30 days after it is filed.

4) Absent timely compliance with this order, the claims against decedent may be subject to dismissal.

5) This action remains stayed, and the stay will be lifted upon the filing of Plaintiff's Amended Complaint.

6) The clerk shall set an internal case management deadline of September 24 for chambers to confirm the amended complaint has

been filed, and if not, to contact the parties regarding the status of the Letters of Special Administration.

Dated this 3rd day of September, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge