IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CODY C. EDRINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>RYDER GLOBAL SERVICES, LLC, QUENTIN D. CAMPBELL, JOSHUA L CHRISTOLEAR, as Special Administrator of the Estate of Quentin D. Campbell, Deceased; RYDER TRUCK RENTAL, INC., and ORLY INDUSTRY, INC.,<br><br>Defendants. | 7:21CV5000<br><br>**ORDER FOR DISMISSAL ON STIPULATION** |

This matter is before the Court on the parties' Stipulation for Dismissal. Filing 56. The Stipulation is for dismissal upon a mediated settlement. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice, with each party to bear its own fees and costs.

Dated this 29th day of August, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge